

# MANDATE

# The Fourteenth Court of Appeals

NO. 14-14-00031-CV

Brandon Watson, Appellant

v.

Meghan Clark, Appellee

Appealed from the 311th District Court of Harris County. (Tr. Ct. No. 2012-50546). Memorandum Opinion delivered by Chief Justice Frost. Justices Christopher and Busby also participating.

**TO THE 311TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before our Court of Appeals on February 24, 2015, the cause upon appeal to revise or reverse your judgment was determined. Our Court of Appeals made its order in these words:

This cause, an appeal from the judgment signed October 22, 2013, was heard on the transcript of the record. We order the appeal **DISMISSED FOR LACK OF JURISDICTION**. We order appellant, Brandon Watson, to pay all costs incurred in this appeal. We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**WITNESS**, the Hon. Kem Thompson Frost, Chief Justice of our Fourteenth Court of Appeals, with the Seal thereof affixed, at the City of Houston, May 08, 2015.

**CHRISTOPHER A. PRINE, CLERK**